MICHAEL J. TREZZA, ESQ., SBN 142922
LAW OFFICE OF MICHAEL TREZZA
506 Second Street
Yuba City, CA  95991
Telephone: (530) 673-5637
Fax: (530) 673-0277
Email: michaeltrezzalaw@att.net

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHEVY SANTANA and CARLOS SANTANA,<br><br>       Plaintiffs,<br><br>vs.<br><br>MATTHEW MAPLES, individually and as an OFFICER OF THE SUTTER COUNTY SHERIFF'S DEPARTMENT, BRADY BEYMER, individually and as an OFFICER OF THE SUTTER COUNTY SHERIFF'S DEPARTMENT, COUNTY OF SUTTER, and DOES 1 through 10, INCLUSIVE,<br><br>       Defendants, | Case No.: 2:17-cv-02695-JAM-EFB<br><br><br>STIPULATION FOR DISMISSAL OF CASE WITH PREJUDICE |

STIPULATION FOR DISMISSAL OF CASE WITH PREJUDICE - 1

Plaintiffs CHEVY SANTANA AND CARLOS SANTANA, by and through their counsel of record, and defendants MATTHEW MAPLES, BRADY BEYMER, and COUNTY OF SUTTER, by and through their counsel of record, hereby stipulate to the dismissal of this action, in its entirety, with prejudice, each side to bear its own costs and attorneys fees.

Dated: 09/18/2018                             LAW OFFICE OF MICHAEL TREZZA

By
\_\_\_\_/S/ MICHAEL J. TREZZA\_\_\_\_
MICHAEL J. TREZZA SBN 142922
Attorney for Plaintiff CHEVY SANTANA
and CARLOS SANTANA

Dated: 09/18/2018                             PORTER SCOTT

By \_\_\_\_/S/ JOHN WHITFLEET_____
JOHN WHITEFLEET SBN 213301
Attorney for Defendant MATTHEW
MAPLES, BRADY BEYMER, and
COUNTY OF SUTTER

**IT IS SO ORDERED**

Date:  9/18/2018                              /s/ John A. Mendez_____
John A. Mendez, Judge
USDC Eastern District of California

STIPULATION FOR DISMISSAL OF CASE WITH PREJUDICE - 2